Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
  1990 N. California Blvd. Suite 20
  Walnut Creek, CA 94596
  Tel: (925) 222-7071
  Fax: (925) 522-5306
  Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
JOHN ANTHONY YBARRA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN ANTHONY YBARRA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 5:22-cv-00774-SK<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,637.90 as authorized by 28 U.S.C. § 2412, and $402.00 in costs pursuant to 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  October 13, 2023

                                              HON. STEVE KIM
                                              UNITED STATES MAGISTRATE JUDGE